UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL CERRACHIO,<br><br>    Plaintiff,<br><br> v.<br><br>LYCAON, et al.,<br><br>    Defendants. | Civil Action No. 22-00113 (GC) (TJB)<br><br>**ORDER** |

**THIS MATTER** comes before the Court upon the Report and Recommendation (R&R) entered August 22, 2024, by the Honorable Tonianne J. Bongiovanni, U.S.M.J., recommending that this case be dismissed with prejudice for Plaintiff Michael Ce1nchio's failure to prosecute. (ECF No. 28.) The deadline to object to the R&R was September 11, 2024.[1] *(See id.* at 7.) To date, no party has filed or otherwise advised the Court of an objection. This Court has carefully considered the reasons set forth in the R&R. Based on the foregoing, and for other good cause shown,

**IT IS** on 𝚝𝚑𝚒𝚜 day of October 2024 **ORDERED** as follows:

1. TI1e Clerk's Office is directed to **REOPEN** and return this matter to the Court's active docket for purposes of considering the R&R.

2. The R&R of Judge Bongiovanni (ECF No. 28) is **ADOPTED** as the conclusions of law of this Court.

3. Plaintiff's Second Amended Complaint (ECF No. 4) is **DISMISSED** with prejudice.

---

[1] The R&R set a deadline of fourteen (14) days to object after service.

4. The Clerk of the Court is directed to **CLOSE** this case and mail Plaintiff a copy of the R&R and this Order.

_____
**GEORGETTE CASTNER**
**UNITED STATES DISTRICT JUDGE**